IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00185 LJO |
| | (1:06MJ00120) |
| Plaintiff, | ORDER OF RECONVEYANCE |
| vs. | |
| RAUL SALAZAR, | |
| Defendant. | |

Pursuant to the Stipulation to Release Property Bond filed on 09/07/2007 [Doc. 67] on behalf of defendant Raul Salazar,

IT IS HEREBY ORDERED that the following property be reconveyed, Maria S. Salazar, a married woman as her sole and separate property (Property Deed No. 2006-0073757-00) receipt number 101 8820 forthwith.

IT IS SO ORDERED.

Dated:   September 5, 2013         /s/  Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE